UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN TITUS,<br><br>             Plaintiff,<br><br>     v.<br><br>OAK HARBOR FREIGHT LINES, INC.,<br><br>             Defendant. | Case No.  23-cv-02448-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Magistrate Judge Sallie Kim for consideration of whether the case is related to *Alvarado et al. v. Oak Harbor Freight Lines, Inc.*, No. 3:17-cv-06425-SK.

**IT IS SO ORDERED.**

Dated: 6/27/2023

_____
VINCE CHHABRIA
United States District Judge