UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HECTOR ALVARADO, et al., | Case No. 17-cv-06425-SK |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| OAK HARBOR FREIGHT LINES, INC., | |
| Defendant. | |

Pursuant to the Court granting the motion for final approval of the motion for class action settlement, Judgment is HEREBY ENTERED.

This Judgment shall be posted on the Settlement Website until at least thirty days after the Effective Date.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 24, 2025

*[signature]*

SALLIE KIM
United States Magistrate Judge